UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE ANNUITY, WELFARE, APPRECTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS, etc., et al.,

                Plaintiffs,

       -against-                                     09 Civ. 1716 (LAK)

NORTH AMERICAN IRON WORKS, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED #: 4/8/09]

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiffs' motion for a default judgment is granted. The Clerk shall enter judgment as prayed in the statement of damages attached to the motion and close the case.

       SO ORDERED.

Dated:     April 7, 2009

                                                          Lewis A. Kaplan
                                                 United States District Judge